UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOE D. BURNS | CIVIL ACTION NO. 04-2235-A |
| -vs- | JUDGE DRELL |
| ROBERT M. TAPIA, WARDEN | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the supplemental report and recommendation of the magistrate judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein, and concurring with the magistrate judge's findings under the applicable law,

IT IS ORDERED that Burn's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED WITH PREJUDICE.

SIGNED on this 31st day of August, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge